# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>P. ROUCH, et al.,<br><br>    Defendants. | 1:15-cv-00725-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR PRETRIAL SETTLEMENT CONFERENCE<br><br>(ECF No. 18) |

      Plaintiff Jesse Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently proceeds on Plaintiff's Eighth Amendment claim of deliberate indifference to his medical needs against Defendants Rouch and Sisodia. On July 8, 2015, Plaintiff declined to proceed before a United States Magistrate Judge. (ECF No. 8.) This matter was then referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      Currently before the Court is Plaintiff's motion for a pretrial settlement conference pursuant to Federal Rule of Civil Procedure 16, filed October 24, 2016. (ECF No. 18.) Plaintiff asserts that he believes the case can be resolved if the court orders a settlement conference with both parties. Plaintiff also states that he has sent a letter to defense counsel on this matter, and he filed a notice of that letter with part of the letter attached with the Court. (ECF No. 19.)

      Plaintiff's motion is denied. Certainly, the parties are encouraged to engage in good faith settlement negotiations, to the extent they deem necessary. Should the parties *jointly agree* that

1

they require the assistance of the Court with any settlement negotiations, defense counsel may contact Courtroom Deputy, Harriet Herman, for assistance with scheduling a settlement conference. Since Plaintiff's request for a settlement conference was made ex parte, without the agreement of Defendants, it will be denied at this time.

Furthermore, the parties are informed that they need not file any evidence, notices, or copies of letters containing any settlement discussions with the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a pretrial settlement conference, filed October 24, 2016 (ECF No. 18), is DENIED.

IT IS SO ORDERED.

Dated:   **November 28, 2016**           /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE