IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | Case No. 1:15-cv-00725-DAD-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO SERVE RESPONSES TO DISCOVERY |
| v. | |
| P. ROUCH, et al., | (ECF No. 25) |
| Defendants. | |

Plaintiff Jesse Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently proceeds on Plaintiff's Eighth Amendment claim of deliberate indifference to his medical needs against Defendants Rouch and Sisodia. This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Defendants' motion for a seven-day extension of time to allow Defendants to respond to Plaintiff's requests for production of documents, set one, filed on April 28, 2017. (ECF No. 25). In support, defense counsel declares that she is continuing to analyze years of medical records and related documents to respond to Plaintiff's requests, and requires some additional time to receive the materials requested and finalize responses and a privilege log.

///

1

Good cause being presented, IT IS HEREBY ORDERED that Defendants' request for an extension of time to serve their responses to Plaintiff's requests for production, filed April 28, 2017 (ECF No. 25), is GRANTED. Defendants shall serve their responses on or before May 8, 2017.

IT IS SO ORDERED.

Dated: **April 28, 2017**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE