# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>P. ROUCH, et al.,<br><br>Defendants. | ) Case No.: 1:15-cv-00725-DAD-BAM (PC)<br>)<br>) ORDER REQUIRING PLAINTIFF TO FILE<br>) OPPOSITION OR STATEMENT OF NON-<br>) OPPOSITION TO MOTION FOR SUMMARY<br>) JUDGMENT<br>)<br>) (ECF No. 35)<br>)<br>) **THIRTY (30) DAY DEADLINE**<br>)<br>) |

Plaintiff Jesse Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently proceeds on Plaintiff's Eighth Amendment claim of deliberate indifference to his medical needs against Defendants Rouch and Sisodia.

On January 5, 2018, Defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (ECF No. 35.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 35-1.)

Plaintiff's response was due within twenty-one (21) days of the date of service of Defendants' motion. That deadline has passed, but Plaintiff has not filed an opposition or statement of non-opposition to the motion. Plaintiff also has not otherwise communicated with the Court.

1   Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a

2   statement of non-opposition to Defendants' motion for summary judgment within **thirty (30) days**.

3   **Plaintiff is warned that the failure to comply with this order may result in the imposition of**

4   **sanctions, including a recommendation to dismiss this action.**

5

6   IT IS SO ORDERED.

7       Dated:   **February 6, 2018**              /s/ *Barbara A. McAuliffe*

8                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28